# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

DAVID HILL, a/k/a,"Miguel Ponce"

## WARRANT FOR ARREST

**CASE NUMBER:**
00-6175-CR-ZLOCH(s)

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _DAVID HILL, a/k/a "Miguel Ponce"_

FILED by D.C.
AUG 24 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to commit bank fraud and to make utter and possess counterfeited securities of an organization and making, uttering and possessing counterfeited securities of an organization;

in violation of Title _18_ United States Code, Sections _371; 513(a); 1344; and 2_

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

_Jenny Butler_
Signature of Issuing Officer

8/24/00, Fort Lauderdale, Florida
Date and Location

Bail fixed at _50,000 corporate surety_

by _LURANA S. SNOW, U.S. MAGISTRATE JUDGE_
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |