UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 51224-004

UNITED STATES OF AMERICA )
               Plaintiff )   Case Number: CR 00-6175-CR-ZLOCH
)   REPORT COMMENCING CRIMINAL
-vs- )   ACTION
)
DAVID H. HILL )
            Defendant

********************************************************
TO: Clerk's Office   MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court          (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE
********************************************************
All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 10-17-00 am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: FRAUD

(4) U.S. Citizen [ ] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 9-5-60

(6) Type of Charging Document: (check one)
   [X] Indictment  [ ] Complaint  To be filed/Already filed
   Case# _____

   [ ] Bench Warrant for Failure to Appear
   [ ] Probation Violation Warrant
   [ ] Parole Violation Warrant

   Originating District: SD/FL

   COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 10-17-00   (9) Arresting Officer: _____

(10) Agency: _____   (11) Phone: _____

(12) Comments: _____