## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: DAVID HILL (writ)   CASE NO: 00-6175-CR-ZLOCH (s)
AUSA: BERTHA MITRANI   ATTY:
AGENT:   VIOL: 18:371; 513(a); 1344
PROCEEDING: I/A ON INDICTMENT   RECOMMENDED BOND: 50,000 CORPORATE SURETY
BOND HEARING HELD - yes / no   COUNSEL APPOINTED:
BOND SET @: 50,000 CSB   To be cosigned by:

*left in state custody*

- ☑ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ____
- ☐ Travel extended to: ____
- ☐ Halfway House ____

*Advised of charges sworn for apptmt of Counsel CJA Counsel to be appt'd*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 10-18 | 11 | Snow | |
| STATUS CONFERENCE: | | | | |

DATE 10/17/00   TIME: 11:00   FTL/LSS TAPE # 00 - 052   Begin: 937   End: 1080