UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6175-CR-ZLOCH(s)

UNITED STATES OF AMERICA

vs

DAVID HILL

ARRAIGNMENT INFORMATION SHEET

FILED by OCT 18 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on OCTOBER 18, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:              Address: __CUSTODY_____

                        Telephone:_____

DEFENSE COUNSEL:        Name:_____SANDRA MULLGRAV, ESQ.___

                        Address:_____

                        Telephone:_____

BOND CONTINUED:    $_____50,000 CSB_____

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __18TH__ day of __OCTOBER__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
Deputy Clerk

Tape No. ___00-652___

cc: Copy for Judge
    U. S. Attorney