**COURT MINUTES**

**U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA**

| | | | |
|---|---|---|---|
| DEFT: | DAVID HILL (J) #51224-004 | CASE NO: | 00-6175-CR-ZLOCH (s) |
| AUSA: | BERTHA MITRANI /pres | ATTY: | SANDRA MULLGRAV, ESQ. /pre |
| AGENT: | | VIOL: | |
| PROCEEDING: | ARRAIGNMENT | RECOMMENDED BOND: | |

BOND HEARING HELD - yes / no        COUNSEL APPOINTED:
BOND SET @:                          To be cosigned by:

*FILED by OCT 18 2000 CLARENCE MADDOX S.D. OF FLA. FT. LAUD.*

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 11-8 | 11 | Snow | |

DATE: 10/18/00    TIME: 11:00    FTL/LSS TAPE # 00 - 052    Begin ___    End 3201

3/40

149