HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

FILED by NC NOV 8 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

(USM do not bring defendants for status hearing)

DEFT  DAVID HILL                    CASE NO: 00-6175-CR-ZLOCH (s)
AUSA  BERTHA MITRANI  — pres        ATTY  SANDRA MULLGRAV — pres   00-056 @ 864

Disc out - No tapes - No motions
possible plea

DEFT  DUDLEY COLIN CROOKS           CASE NO: 00-6298-CR-DIMITROULEAS
AUSA  BERTHA MITRANI  — pres        ATTY  JOHNNY McCRAY  Charles Levy

Disc out. M/to suppress will be filed.  @ 902

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DATE  11-8-00                       TIME  11:00

165