```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                CASE NO: 00-6175-CR-ZLOCH

UNITED STATES OF AMERICA

           V.                          NOTICE

DAVID HILL
```

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

```
PLACE:                         COURTROOM A
299 E. BROWARD BLVD.           DATE & TIME:
FT. LAUDERDALE, FL 33301       December 14, 2000 at 9:30 AM
```

**CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

```
                               CLARENCE MADDOX
                               CLERK OF COURT


                               BY DEPUTY CLERK
```

DATE: November 30, 2000

cc:
Bertha Mitrani, Esq., AUSA
Sandra Mullgrav, Esq.