UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by D.C.
DEC 14 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE NUMBER CC-6175-CR-Zloch  DATE 12-14-00

CLERK Carlene Newby  REPORTER Carl Schanzleh

PROBATION  INTERPRETER

UNITED STATES OF AMERICA V. David Hill

U. S. ATTORNEY Bertha M. Zaccia  DEFT COUNSEL Sandra Mulgrav

DEFENDANT: (PRESENT)  NOT PRESENT  ON BOND  (IN CUSTODY)

REASON FOR HEARING Change of Plea to Count 1 of Superseding Indictment

RESULT OF HEARING Deft entered plea of guilty to Count 1

JUDGMENT Court accepted plea & adjudged deft guilty to Count 1

CASE CONTINUED TO 2-26-01  TIME 11:30  FOR Sentencing

MISC Written Plea Agreement

195