cr-06175-WJZ   Document 240   Entered on FLSD Docket 02/27/2001

FILED by _____ D.C.
FEB 2 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER  00-6175-CR-Z/cch   DATE 2-26-01
REPORTER Carl Schietzleh
CLERK Carla Newby     INTERPRETER _____
PROBATION Ed Cooley

UNITED STATES OF AMERICA v. David Hill

U. S. ATTORNEY Beetha M. Troni   DEFT COUNSEL Sandra Mullgrau

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING  Sentencing

RESULT OF HEARING  Ct 1 - 21 months custody of
BOP - to run concurrent with case
#98-655-CR-M - 3 yrs Supervised Release
15 months as to Ct 1 - 6 months
JUDGMENT  as to *13147 to run consecutive to Ct 1
$18,835.95 Joint & Several Restitution
Spec Conds - @ At completion of sentence -
be surrendered for deportation - Not

CASE CONTINUED TO _____   TIME _____   FOR _____
Re-enter U.S. w/o prior approval of
MISC A.G. - Non reporting while residing
outside U.S. - $100 assessment -
Mullgraw appointed for any appeal -